# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5124**                                           **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On:**  April 24, 2025

J.G.G., et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

      Appellants


    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges


## O R D E R

Upon consideration of the emergency motion for a stay pending appeal or, in the alternative, a writ of mandamus, and the opposition thereto and motion to dismiss the case, it is

**ORDERED** that appellants file a response to the motion to dismiss and any reply in support of the emergency motion by noon on Friday, April 25, 2025.  Any reply in support of the motion to dismiss is due by 5:00 p.m. on Monday, April 28, 2025.

### Per Curiam


                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

           BY:    /s/
                    Selena R. Gancasz
                    Deputy Clerk